COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-16-00094-CV

Style:            Altus Healthcare Management Services, ZT Management, LLC and Taseer A. Badar, LCS Surgical Affiliates, LP LCS Surgical Affiliates GP, Inc. and Dr. Raza Pasha, True View Surgery Center One, LP,  True View Affiliate, LLC Sourabh Sanduja and John Mangalindan v. Cong Thu Nguyen, M.D.

Date motion filed:    March 7, 2016

Type of Motion:       Objection to Mediation

Party filing motion:    Appellee (Agreed Objection)

It is **ordered** that Appellee's agreed objection to mediation is granted.  We withdraw our Mediation Order dated February 26, 2016.

Judge's signature:  /s/ Evelyn Keyes
                    x  Acting individually

Date:  March 11, 2016

\*        Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).